■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. AUGUSTINE BAGLEY, Appellant.— In a *coram nobis* proceeding, defendant appeals from an order of the former County Court, Queens County, dated December 9, 1960, made after a hearing, which denied his application to vacate a judgment of said court rendered January 20, 1960 on his plea of guilty, convicting him of attempted assault in the second degree and sentencing him, as a prior felony offender, to serve a term of two and one-half to five years, such term to be served consecutively to two prior sentences he was then serving. The petition alleged that defendant was given a promise by the Assistant District Attorney of Queens County and by the Judge presiding that if he pleaded guilty he would be given

"immunity". At the hearing, defendant modified this allegation, withdrawing his assertions that the Judge had made a promise, and stating that the promise was not "immunity" but that he would receive a sentence to be served concurrently with said prior sentences. Order affirmed. No opinion. Beldock, P. J., Kleinfeld, Christ, Brennan and Hopkins, JJ., concur.